IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:

ROGER J. ISAAC                       Case No: 93-12890
MARY I. IASSAC

           Debtor(s)

## ORDER FOR RELEASE OF FUNDS HELD
## IN THE UNCLAIMED FUNDS REGISTRY

On consideration of the Motion filed by the FDIC in the above closed bankruptcy case, the Court hereby orders the Clerk of Court to release unclaimed funds held on deposit in the registry of the Court in the principal amount of $93.91, and issue a check for this amount payable to FDIC, less any applicable fees and expenses, and mail to:

FDIC
Attention: Del Covington
1910 Pacific Avenue
Dallas, Texas 75201

_____
U.S. BANKRUPTCY JUDGE